IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NANCY PICKETT,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CASE NO. 2:23-cv-00682-WSH** |
| : | |
| **PATENAUDE & FELIX, A.P.C and** : | |
| **SYNCHRONY BANK,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SETTLEMENT

Plaintiff Nancy Pickett, Defendant Synchrony Bank, and Defendant Patenaude & Felix A.P.C. respectfully notify the Court that they have reached a settlement. This settlement resolves all of Plaintiff's claims against Defendants. The parties anticipate filing a Stipulation of Dismissal with Prejudice, of this action within 60 days pursuant to Federal Rules of Civil Procedure 41(a).

Dated: June 30, 2023        Respectfully submitted,

*/s/ Alexander W. Pilorusso*
ALEXANDER W. PILORUSSO
**REED SMITH LLP**
20 Stanwix Street, Suite 1200
Pittsburgh, PA 15222
apilorusso@reedsmith.com
*Counsel for Defendant Synchrony Bank*

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2023, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**REED SMITH LLP**

By: */s/ Alexander W. Pilorusso*
ALEXANDER W. PILORUSSO
**REED SMITH LLP**
20 Stanwix Street
Pittsburgh, PA 15222
apilorusso@reedsmith.com
*Counsel for Defendant Synchrony Bank*